JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | VA-OIG |
| City: Bedford | **Related Case Information:** | | |
| County: Middlesex | Superseding Ind./ Inf. _____ Case No. _____ | | |
| | Same Defendant _____ New Defendant _____ | | |
| | Magistrate Judge Case Number 17-mj-7219-JCB | | |
| | Search Warrant Case Number _____ | | |
| | R 20/R 40 from District of _____ | | |

FILED IN CLERKS OFFICE
2018 FEB 28 PM 12: 45
U.S. DISTRICT COURT
DISTRICT OF MASS

18cr10045

**Defendant Information:**

Defendant Name: Michael Sexton    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Bedford MA

Birth date (Yr only): 1959   SSN (last4#): 3253   Sex: M   Race: B   Nationality: U.S.

**Defense Counsel if known:** Victoria Kelleher    Address: 1 Marina Park Drive

**Bar Number:** _____    Suite 1410, Boston, MA 02210

**U.S. Attorney Information:**

AUSA: Nicholas Soivilien    Bar Number if applicable: 675757

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: 12/27/2017

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Mag. Judge Donald L. Cabell   on   02/26/2018

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 02/28/2018    Signature of AUSA: *Nicholas Soivilien*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Sexton

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a)(1) | Distribution of a Controlled Substance | 1 - 4 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____