FILED
IN CLERKS OFFICE
2018 FEB 28  PM 12: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 18cr 10045 |
| ) | |
| MICHAEL SEXTON ) | |

### WAIVER OF INDICTMENT

I, Michael Sexton, the above-named defendant, who is accused of knowingly and intentionally distributing a Schedule II controlled substance, namely, cocaine base, on June 29, 2017, August 10, 2017, September 5, 2017, and September 27, 2017, in violation of 21 U.S.C. §841(a)(1), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Michael Sexton
Defendant

_____
Victoria Kelleher
Counsel for the Defendant

Before: _____
United States District Court Judge